UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THE ESTATE OF BILLY RAY COX,

                           Plaintiff,

        v.                                     07-cv-1085

UNITED STATES OF AMERICA,

                           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

        Defendant moved for summary judgment seeking an order entering judgment in

favor of the United States Department of Agriculture in the amount of $1,830.14.  In

response to Defendant's motion, Plaintiff submitted a letter stating that it has "no opposition

to the Court granting the relief requested."

        Accordingly, Defendant United States is entitled to judgment in the amount of

$1,830.14.

IT IS SO ORDERED.

Dated: January 12, 2009

                    _Thomas J. Mc Avoy_
                    Thomas J. McAvoy
                    Senior, U.S. District Judge